IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

**MICHAEL RANSOM HOBBS, II**                                                                                          **PLAINTIFF**

V.                                            **CASE NO. 3:23-CV-3015**

**CORPORAL ZACHARY BYRD and**
**MOUNTAIN HOME POLICE DEPARTMENT**                                                  **DEFENDANTS**

## ORDER

Now before the Court is the Report and Recommendation (Doc. 10) of the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by any party.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and is hereby **ADOPTED IN ITS ENTIRETY**. Accordingly, upon preservice screening pursuant to 28 U.S.C. § 1915A, the following claims are **DISMISSED WITHOUT PREJUDICE** for failure to state a claim:

(1)     the verbal harassment claim;

(2)     the deprivation of property claim; and

(3)     the claims against the Mountain Home Police Department.

This leaves for later consideration Plaintiff's Fourth Amendment claim.

**IT IS SO ORDERED** on this 19th day of April, 2023.

*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE